



Chase Hero IG

Ofc

Show me once you're done I'll confirm it's right

You're not annoying me







