

> Yo big dog What is the liquidity on the platform now? Nothing to do with these numbers right

That's exactly the liquidity lol

Those are direct feeds to the pools

On chain papi

> Wtf so
>
> 700m+ in the pools now lol

Yes. Over $3b in supplies

What you think I built some stupid toy lol

> So from last time you told me 300m on platform there is now 700

lol. This is all on chain

> 😂 u a savage b

300m is our money g

Supplied to test

And just on there cause It's what I use

> Got it …. Fucking a

And it's all on chain 👍