Or you can do the other way

I'm a degen. So don't ask me lol

But you can be patient

Too

It's always the less risky path

Up 20% but really you're up 40% in your principal

C Lfg!!!

Ight patient it is lol
Already played it risky and 💩 happened so 😂😂

Chase Hero IG

Ya wait for another day see what tomorrow brings

C Then get nasty with it

Say less 🙏

Thu, May 23 at 8:55 AM

Chase Hero IG

Broke 3900. Lfg

C Lfg. Loop life strong

iMessage