

**7:39**

104 — 2 People

> Instead your boy just adding more eth I had lock reverse staking

**Chase Hero IG**

> Smart man. I added 10k eth the other day too.

> We get reward for the risks we take Lfg

> When we get up high. Ping me and I'll show you how I'd do it to. I'll max my loan per day. Then close. So most of its debt lol :)

> Down asf 😂😂

iMessage