7:32

< 105

**Chase Hero IG** >

I said we'd take care of it. You had 294 eth. What burrow ?

I haven't loooked

It'll all be on chain. But I'm letting the team sort this. They said give them the weekend. So I am



Was 594.9 but from my own eth I



iMessage