Case 1:25-cv-20405-JB Document 1 Entered on FLSD Docket 01/27/2025 Page 1 of 34

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. ____________________**

**1:25-cv-20405-JB**

JONATHAN LOPEZ

Plaintiff,

v.

CHASE HERRO, a/k/a CHASE HERO

Defendants.
______________________________________ /

**~~VERIFIED~~AMENDED COMPLAINT**

Plaintiff JONATHAN LOPEZ ("Plaintiff" or "Jonny") sues Defendant CHASE HERRO, a/k/a CHASE HERO ("Defendant" or "Chase") and states as follows:

**PARTIES JURISDICTION AND VENUE**

**1.** Plaintiff Jonathan Lopez is an individual *sui juris*, domiciled in the State of Florida.

~~2.~~ Defendant Chase Herro a/k/a Chase Hero is an ~~indivual~~individual *sui juris*, domiciled in

**2.** Puerto Rico.

**Style Definition:** Normal: Indent: Left: 0", Hanging: 0.01", Space After: 0.2 pt, Line spacing: Multiple 2.12 li

**Style Definition:** Heading 1: Underline, Right: 0.01", Space After: 15 pt

**Style Definition:** Heading 2

**Style Definition:** footnote description: Right: 0", Line spacing: Multiple 1.03 li

**Formatted:** Indent: Left: 1.54", Right: 1.53", Space After: 11.65 pt, Line spacing: Multiple 1.1 li

**Formatted:** Font: Bold

**Formatted:** Centered, Indent: Left: 1.54", Right: 1.54", Space After: 26.2 pt, Line spacing: Multiple 1.1 li

**Formatted:** Indent: Left: 0", Right: 0.02", Space After: 11.5 pt

**Formatted:** Indent: Left: 0"

**Formatted:** Indent: Left: 0", Space After: 11.8 pt

**Formatted:** Indent: Left: 0", Right: 0.02", Space After: 11.5 pt

**Formatted:** Indent: Left: 0"

**Formatted:** Indent: Left: 0", Right: 0.02", Space After: 12.8 pt

**Formatted:** Indent: Left: 0", First line: 0.5", Right: 0.02"

**Formatted:** Indent: Hanging: 0.54", Right: 0.02", Space After: 0 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.03" + Indent at: 1.03"

**Formatted:** Indent: Hanging: 0.54", Right: 0.02", Space After: 0 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.03" + Indent at: 1.03"

**3.** This is an action for damages in excess of $75,000.00 (exclusive of interest, attorney's fees and costs).

**4.** This Court has subject matter jurisdiction over the claims herein pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds $75,000.00 and there is complete diversity of citizenship between Plaintiff and Defendant. Plaintiff is domiciled in and is a resident of Florida; Defendant is domiciled in and is a resident of Puerto Rico.

**5.** Venue is proper in this district under 28 U.S.C § 1391 because Defendant conducted business in this District, a significant part of the events or omissions giving rise to these claims took place in this District, and because Defendant has engaged in substantial and not isolated activity in this District.

**6.** This Court has personal long arm jurisdiction over Defendant pursuant to Florida Statute 48.193(1)(a)(1) because Defendant —itself and through its agent(s)— operated, conducted, engaged in, and carried on a business or business venture in this State.

**7.** This Court has personal long arm jurisdiction over Defendant pursuant to Florida Statute 48.193(1)(a)(1) because Defendant owns, manages, and operates businesses in the State of Florida (e.g., without limitation, BOCA BRIDGES LOT 0255, LLC and CH STORAGE, LLC), through an entity owns real property in the State of Florida (17224 Brulee Breeze Way Boca Raton, Florida 33496), has retained local counsel in the State of Florida, and has thereby submitted himself to the jurisdiction of the courts of this State.

**Formatted:** Indent: Left: 0.5", Right: 0.02"

**8.** This Court has personal long arm jurisdiction over Defendant pursuant to Florida

Case 1:25-cv-20405-JB Document 1 Entered on FLSD Docket 01/27/2025 Page 3 of 34

~~8.~~ Statute 48.193(1)(a)(2) because Defendant committed tortious acts within the State of Florida (as more particularly described herein)

~~9.~~ Personal jurisdiction over Defendant meets the minimum contacts or due process requirements such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice because (i) Defendant has operated and conducted significant business in Florida, including purchasing, operating, and selling real estate in Florida; (ii) Defendant travels to and from Florida as part of his normal business operations; (iv) modern methods of transportation and communication (e.g., Zoom and other video conferencing platforms) reduce significantly any burden on Defendant to litigate in the State of Florida; and (iii) The State of

**9.** Florida has a strong interest in seeing this matter resolved in Florida.

**10.** Any conditions precedent to bringing this action have been performed, have occurred, have been waived, or have otherwise been excused by Defendant's course of conduct.

## FACTS COMMON TO ALL COUNTS

**11.** Plaintiff Jonny Lopez is an entrepreneur who, among other things, holds cryptocurrency, including Etherium ("ETH").

**12.** The term "cryptocurrency" or "crypto asset" generally refers to an asset issued and/or transferred using distributed ledger or blockchain technology.

**13.** A blockchain or distributed ledger is a peer-to-peer database spread across a network of computers that records all transactions in theoretically unchangeable, digitally recorded data packages, referred to as "blocks." The system relies on cryptographic techniques for secure recording of transactions.



**Formatted:** Indent: Left: 0.5", Right: 0.02", No bullets or numbering

**Formatted:** Indent: Hanging: 0.54", Right: 0.02", Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.03" + Indent at: 1.03"

**Formatted:** Font: Bold

**Formatted:** Normal, Indent: Left: 1.87", Space After: 14.45 pt, Line spacing: Multiple 1.08 li

**Formatted:** Indent: Hanging: 0.54", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.03" + Indent at: 1.03"

Case 1:25-cv-20405-JB Document 1 Entered on FLSD Docket 01/27/2025 Page 4 of 34

**14.** A blockchain "protocol" is a code, software, or algorithm that governs how a blockchain, or a feature of a blockchain, operates.

**15.** A "wallet" is a piece of hardware or software on which crypto asset owners typically store the cryptographic key information providing them control over their crypto assets. Crypto wallets offer a method to store and manage critical information about crypto assets, i.e., cryptographic information necessary to identify and transfer those assets.

**16.** A "smart contract" is a software or code that, based on programmable conditions, is deployed and run on a blockchain.

**17.** Defendant Chase Herro (who sometimes goes by Chase Hero) is also a serial ETH trader.

**18.** Among other things, Chase proudly broadcasts his ETH holdings to the public.

**19.** Chase also promotes himself as the biggest "dirtbag on the internet."[1]

**20.** In and around April 2024, Chase Hero founded, wrote the code for, ~~and~~ launched, and maintained an online cryptocurrency platform called *Dough Finance.*

**21.** Dough Finance was a so-called decentralized finance ("DeFi") project that provided financial services on the Ethereum blockchain and utilized blockchain-

Formatted: Indent: Left: 0.5", Right: 0.02", Space After: 14.45 pt

Formatted: Indent: Hanging: 0.54", Right: 0.02", Space After: 14.3 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.03" + Indent at: 1.03"

---

[1] *See* *https://www.nytimes.com/2024/10/07/us/politics/donald-trump-crypto-2024-campaign.html*~~https://www.nytimes.com/2024/10/07/us/politics/donald~~;~~-trump-crypto-2024-campaign.html; see also https://www.bloomberg.com/news/features/2024-09-13/behind-the-trump-crypto-project-is-a-selfdescribed-dirtbag-of-the-internet?embedded-checkout=true; see also https://financialpost.com/fp-finance/cryptocurrency/trump-crypto-guru-self-described-dirtbag-of-internet~~

*see also https://www.bloomberg.com/news/features/2024-09-13/behind-the-trump-crypto-project-is-a-self-describeddirtbag-of-the-internet?embedded-checkout=true;*
*see also https://financialpost.com/fp-finance/cryptocurrency/trump-crypto-guru-self-described-dirtbag-of-internet*

Formatted: Right: 0", Line spacing: Multiple 1.08 li

based smart contracts (i.e., programs run on a blockchain) to facilitate investment opportunities for investors.

**22.** Dough Finance functioned like a crypto asset investment fund that utilized blockchain-based smart contracts and other coding to receive and deploy investors' assets.

~~22.~~

**23.** Dough Finance charged users a 5% fee for any moneys deposited in the fund.

**24.** An investor's depositing of money onto Dough Finance constituted the offer and sale of investment contracts and, thus, a security.

**25.** On or about April 17, 2024, Dough Finance launched and maintained a website: dough.finance ("Website").

~~26.~~ Upon information and belief, Chase ~~wrote~~procured the code and copy for (and was

**26.** ultimately responsible for) the Website.

**27.** Chase marketed Dough Finance to investors through direct communications, the public Website, public interviews, and through social media (e.g., Instagram, Twitter, YouTube, and others).

**28.** Through public statements~~,~~ and direct communications, Chase invited Jonny to reasonably expect that he would earn money and profits from Chase's efforts and, specifically, Dough Finance's proprietary platform.

~~Dough Finance's proprietary platform.~~



Formatted: Indent: Left: 0.5", Right: 0.02", Space After: 14.45 pt, Line spacing: Multiple 1.08 li, No bullets or numbering

Formatted: Indent: Hanging: 0.54", Right: 0.02", Space After: 0 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.03" + Indent at: 1.03"

Formatted: Indent: Hanging: 0.54", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.03" + Indent at: 1.03"

**29.** In ~~mid~~ the last week of May through the first week of July 2024, Chase induced Jonny to invest in and on Dough Finance through a series of text message representations.

**Formatted:** Indent: Hanging: 0.54", Right: 0.02", Space After: 0 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.03" + Indent at: 1.03"

**30.** Insodoing, Chase made several misrepresentations to Jonny about:

(i) **Dough Finance's liquidity** (that it had millions of dollars worth of ETH in reserves and millions of U.S. Dollars in "available liquidity~~;~~":

**Formatted:** Right: 0.02", Numbered + Level: 2 + Numbering Style: i, ii, iii, … + Start at: 1 + Alignment: Left + Aligned at: 1.5" + Indent at: 1.5"

(ii) **Dough Finance's security** (that any cryptocurrency transacted in the Dough Finance marketplace was 100% secure because it was stored on the blockchain); and

(iii) **Jonny's investment liquidity** (that any cryptocurrency stored by Jonny using Dough Finance was 100% liquid, at any time).

**31.** In ~~one example~~the last week of May through the first week of July 2024, Chase made the following representation to Jonny (transcribed from two separate audio recordings via iMessage) about how his investment in Dough Finance would be lucrative and so secure as to amount to an "escrow":

**Formatted:** Indent: Hanging: 0.54", Right: 0.02", Line spacing: Multiple 2.15 li, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 1 + Alignment: Left + Aligned at: 1.03" + Indent at: 1.03"

> ***~~There~~If your goal here with this, and it should be, I'm assuming that's what it is, is just go in, 2x your fucking ETH, and chill. When the price starts going up and you gotta bunch more liquidity in there, you can be like oh I'm gonna borrow some money from it and fuck off, or I'm going to loop some more, you know what I'm saying?*** But right now, you can just, you know, supply and then make your loop. Keep it simple.
>
> […]
>
> I want to say I'm very proud of you. You're learning actually rather quickly. So, uh, to answer everything, correct. ***So: the second you supply and you go in and 2x your thing youre gonna, you're going to double the amount of etherium***, and

then you're going to have, you know, the equivalent of half, right 'cause you double of debt in USDC

[…]

> ***I borrow debt constantly from my company so I don't have tax exposure.*** Um, so yes. You can supply, you can do everything. Once your, once its done I mean ***everything will continuously work constantly.*** So like, say you wanted to deloop tomorrow you just hit the de-loop button and it de-loops the fucking position, right? You're gonna lose fees and shit, you know, and maybe a little decay on this, on a position maybe like, fractions of a percent. You know, point 0-0-1 percent in your fucking transaction back from ETH and shit, you know, that's gonna happen, right? But, uh, no. ***You have liquidity at any time, anywhere, always, because ~~the money is on~~ its connected to the chain ~~with~~like their*** *escrow.* ~~. .~~ ***The money is locked on the chain where only you can get it out.***

32. In another example, Chase shared screen shots of millions of dollars of online bank transfers – ostensibly to demonstrate to Jonny that Dough Finance was receiving investments from other sophisticated investors and that Dough Finance was well ~~capitalized (which, as it turns out, was a complete lie).~~

capitalized (which, as it turns out, was a complete lie).

**Formatted:** Font: Italic

**Formatted:** Left, Indent: Left: 0.5", Right: 0.51", Space After: 15 pt




~~33.~~ In another example, Jonny specifically inquired of Chase what the liquidity on the

33. Dough Finance platform was.

Formatted: Indent: Hanging: 0.5", Right: 0.02", Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 32 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

34. Chase specifically represented – on Dough Finance's Website – that the liquidity was over Seven Hundred Million ($700,000,000) Dollars, that Chase had "over $3b in supplies," that the supply was "on chain," and that "300m is our [i.e., Dough Finance and ~~Chase's] money g[.]"~~

Chase's] money g[.]"~~Against the backdrop of these representtions~~ (which, not coincidentally, turned out to be another lie):




~~35.~~ As shown above, Chase flaunted via text message and ~~reaffirme~~reaffirmed his control and ownership of Dough Finance:

35. ***What you think I built some stupid toy lol.***

36. In inducing Jonny's money, Chase repeatedly characterized any moneys that

~~36.~~ Jonny put onto Dough Finance as an "investment."

37. Chase flouted how Jonny was "guaranteed" to make money on Dough Finance~~.~~,.

38. Chase also explained to Jonny that he could exploit Chase's ~~crytpo~~crypto-trick called "looping."

**Formatted:** Left, Indent: Hanging: 0.5", Right: 0.02", Space After: 0 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 32 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

**Formatted:** Indent: Left: 0.5", Right: 0.02", Space After: 14.45 pt, Line spacing: Multiple 1.08 li, No bullets or numbering

39. According to Chase, looping involves arbitrarily inflating the amount of ETH that your Dough Finance account reflects, borrowing against that ETH (as if you were the Federal Reserve, specifically because Dough Finance ostensibly had so much liquidity and reserves) – and re-investing the ETH in other crypto-investments to pump your investment portfolio.

40. Chase sent Jonny myriad text messages, voice messages, and was on several FaceTime calls with Jonny to walk him through, step-by-step, how to “loop” on Dough Finance for purposes of exploiting the crypto-markets.:


















41. In one example, Chase texted Jonny that he should "show me once you're done

~~41.~~ [looping, and] I'll confirm it's right."

~~42. Chase said that he personally uses his looping mechanism in order to "circumvent tax exposure."~~

**Formatted:** Indent: Left: 0.5", Right: 0.02", Space After: 6.9 pt, Line spacing: Multiple 1.08 li, No bullets or numbering

Case 1:25-cv-20405-JB Document 1 Entered on FLSD Docket 01/27/2025 Page 12 of 34




~~43.~~42. The *Dough Finance* Website contains "How To" guides that Chase promoted to Jonny.

Formatted: Indent: Hanging: 0.5", Right: 0.02", Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 32 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

~~44.~~43. The Dough Finance Website contained step-by-step guides for "Creating your Wallet" "Buy cryptocurrencies" "Supply" "Withdraw" "Borrow" "Repay" "Swap" "Loop" and "Deloop."

Formatted: Indent: Left: 0.5", Right: 0.02", Space After: 0 pt, Line spacing: single

~~45.~~44. The Dough Finance Website also contained an entire page dedicated to "Risk Management." A copy of the splash page, as it existed on or about April 17, 2024, is attached as **Exhibit A**.

45. The Risk Management splash page contains descriptions of Dough Finance using the typical badges of a securities investment, including but not limited to "yield"

~~46.~~ "liquidity" "liquidating positions" "leveraging assets" "investment flexibility" and "maximized returns":

Formatted: Indent: Left: 0.5", Right: 0.02", No bullets or numbering

## Yield Money Multiplier Effect in Dough Finance with Delooping Strategy

Dough Finance allows users to maximize their returns by leveraging their collateral through looping and delooping strategies. The platform ensures liquidity and debt repayment by pre-liquidating positions early, thanks to an additional 5% borrowing fee. The treasury uses USDC to buy WETH for small accounts, ensuring they remain covered.

### Benefits of Borrowing vs. Drawing Profits

- **Leveraging Assets:** By borrowing against your assets instead of selling them, you can continue to earn yields on the full value of your supplied assets. For example, if you supply 100K USD worth of assets, you can borrow up to 70K USD without losing the ability to earn yields on the original 100K USD.
- **Tax Efficiency:** Borrowing can be more tax-efficient than selling assets and drawing profits, as borrowed funds are generally not considered taxable income.
- **Investment Flexibility:** With the borrowed funds, you can hedge your investments, reinvest in other opportunities, or loop ETH to maximize your returns.

### Treasury Management

- **Small Account Coverage:** The treasury uses USDC to buy WETH for small accounts, ensuring they remain covered and fully liquidated when necessary.
- **Perpetual WETH Purchase:** This strategy ensures the Dough Finance bank always stays liquid and repays its debt efficiently.

### Conclusion

Dough Finance's yield money multiplier effect, combined with strategic looping and delooping, allows users to maximize their returns while maintaining a safe HF. By adhering to the borrowing and liquidation thresholds, users can effectively manage their risk and ensure the security of their positions. The frontend buffer provides an additional safety net, preventing transactions that could potentially crash due to insufficient HF. Furthermore, the treasury's strategy of using USDC to buy WETH for small accounts ensures that Dough Finance remains liquid and capable of covering all debts, ensuring a robust and sustainable DeFi experience.

## Yield Money Multiplier Effect in Dough Finance with Delooping Strategy

Dough Finance allows users to maximize their returns by leveraging their collateral through looping and delooping strategies. The platform ensures liquidity and debt repayment by pre-liquidating positions early, thanks to an additional 5% borrowing fee. The treasury uses USDC to buy WETH for small accounts, ensuring they remain covered.

### Benefits of Borrowing vs. Drawing Profits

- **Leveraging Assets:** By borrowing against your assets instead of selling them, you can continue to earn yields on the full value of your supplied assets. For example, if you supply 100K USD worth of assets, you can borrow up to 70K USD without losing the ability to earn yields on the original 100K USD.
- **Tax Efficiency:** Borrowing can be more tax-efficient than selling assets and drawing profits, as borrowed funds are generally not considered taxable income.
- **Investment Flexibility:** With the borrowed funds, you can hedge your investments, reinvest in other opportunities, or loop ETH to maximize your returns.

### Treasury Management

- **Small Account Coverage:** The treasury uses USDC to buy WETH for small accounts, ensuring they remain covered and fully liquidated when necessary.
- **Perpetual WETH Purchase:** This strategy ensures the Dough Finance bank always stays liquid and repays its debt efficiently.

**Conclusion**

Dough Finance's yield money multiplier effect, combined with strategic looping and delooping, allows users to maximize their returns while maintaining a safe HF. By adhering to the borrowing and liquidation thresholds, users can effectively manage their risk and ensure the security of their positions. The frontend buffer provides an additional safety net, preventing transactions that could potentially crash due to insufficient HF. Furthermore, the treasury's strategy of using USDC to buy WETH for small accounts ensures that Dough Finance remains liquid and capable of covering all debts, ensuring a robust and sustainable DeFi experience.

47.46. The Website's materials were grossly misleading.

47. At no timdtime did Chase provide Jonny with a Regulation D Offering, Offering

48. Memorandum, Private Placement Memorandum, Offering Circular, Subscription Agreement, or any other document to inform Jonny of the risks of his investment.

49.48. Notwithstanding all the foregoing, Chase promised that Jonny's investment would be "very lucrative."

50.49. In the last week of May through the first week of July 2024, and ***based on and in reliance on the many representations made by Chase***, Jonny invested approximately $1MM worth of ETH onto Dough Finance.

50. But for Chase's representations, Jonny would not have invested onto Dough Finance.

51. During the time that Jonny invested on Dough Finance, Chase was monitoring Jonny's investment and complimenting him along the way. Chase's monitoring was done in furtherance of his ongoing efforts to induce Jonny to maintain and keep his investment on the *Dough Finance* platform for an extended period of time.

**Formatted:** Indent: Hanging: 0.5", Right: 0.02", Space After: 14.8 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 32 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

**Formatted:** Indent: Left: 0.5", Right: 0.02", No bullets or numbering

**Formatted:** Font: Bold, Italic

**Formatted:** Font: Bold, Italic

**Formatted:** Indent: Hanging: 0.5", Right: 0.02", Space After: 14.8 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 32 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

52. In one example, Chase commented via iMessage how Jonny's investment was "[u]p 20% but really you're up 40% in your principal."

53. In another example, Chase commented via iMessage: "[w]e get reward [sic] for the risks we take Lfg.":"




54. Just about one month later, on July 12, 2024, – a few days before Jonny's birthday

54. – Dough Finance suffered a "flash loan" attack and Jonny's investment disappeared. Gone. Vanished into the ether (pun intended).

**Formatted:** Indent: Left: 0.5", Right: 0.02", No bullets or numbering

55. On July 30, 2024, shortly after Jonny's investment disappeared, Jonny documented his present sense impression to Chase that he had been duped.



**Formatted:** Font: 12 pt, Italic, Underline

56. As it turns out: each and every promise and representation that Chase made to Jonny was a complete lie -- a ruse by Chase to pump the liquidity on Dough Finance's platform so that Chase could take it for himself.

**Formatted:** Indent: Hanging: 0.5", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 55 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

57. After the hack, and even after Chase promised to mademake Jonny whole, Dough Finance's Website shut down abruptly, ne'er to reopen.

**Formatted:** Indent: Left: 0.5", Right: 0.02", Space After: 0 pt

Case 1:25-cv-20405-JB Document 1 Entered on FLSD Docket 01/27/2025 Page 17 of 34

58. Upon informationJonny maintains that Chase was directly responsible for the "flash loan" attack and belief:directed the attack for his (Chase's) own personal gain.

59. Jonny maintains that none of the liquidity that Dough Finance supposedly had

58. actually existed.

59. Upon information and belief,Jonny maintains that Chase has altered or manipulated Dough Finance's code and/or cache in order to alter certain *Terms and Conditions* which never existed on Dough Finance's website.

60. However, shortly before, during, and after the "flash loan" attack" for Chase's personal benefit.

60.61. Shortly after the "flash loan attack," Chase was on social media and other platforms flaunting wealth (e.g, new cars, watches, and other accessories).

61.62. Shortly after Jonny's ETH disappeared from *Dough Finance*, Chase personally accepted responsibility to make Jonny whole; he agreed to "take care of it" and reimburse Jonny approximately 300 ETH.

63. Shortly after Jonny's ETH disappeared from *Dough Finance*, Chase agreed to "take care of it" and reimburse Jonny approximately 300 ETH.

**Formatted:** Indent: Left: 0.5", Right: 0.02", Space After: 14.45 pt, Line spacing: Multiple 1.08 li, No bullets or numbering

**Formatted:** Indent: Hanging: 0.5", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 55 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"




~~62.~~64. Chase then reneged, refusing to honor his commitment.

~~63.~~ Chase (operating through Dough Finance), purported to give the Dough Finance

65. "community" the ability to vote like a shareholder on certain governance decisions affecting Dough Finance's reimbursement efforts.

66. Dough Finance tweeted that over 250 Million votes were cast on the matter. -Upon information and belief, no such voting took place.

67. Upon information and belief, the supposed "flash loan" attack was actually Chase personaly liquidating and directing the platform's assets from Dough Finance (an exchange Chase built, founded, and controlled) to another wallet owned and/or controlled by Chase.

**Formatted:** Indent: Hanging: 0.5", Right: 0.02", Space After: 0 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 55 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

**Formatted:** Indent: Hanging: 0.5", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 55 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

68. In September 2024, shortly after the purported "flash loan" attack, Chase cofounded and secured a large equity stake in World Liberty Financial, a crypto exchange, and is presently one of its owners and managers.[1]

~~64.~~69. Chase's stake amount in the new exchange was approximately the same amount of money "lost" in the "flash loan" attack, a clear indication of where and who the money went to.

Formatted: Indent: Hanging: 0.5", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 55 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

~~65.~~70. On October 8, 2024, Jonny (through counsel) sent Chase a pre-suit demand.

~~66.~~71. Chase failed to ~~meaningfull~~meaningfully respond to the demand.

~~67.~~72. Since then, Jonny's lost ETH has skyrocketed in value.

Formatted: Font: Bold

## COUNT I: NEGLIGENT MISREPRESENTATION

Formatted: Heading 1, Right: 0.13"

~~68.~~73. Plaintiffs repeats and realleges the allegations contained in paragraph 1 through ~~67~~72

as if fully set forth herein.

Formatted: Indent: Hanging: 0.57", Right: 0.02", Space After: 0 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 73 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

Formatted: Indent: Left: 0.5", Right: 0.02", Space After: 14.45 pt

~~69.~~74. This is an action for negligent misrepresentation.

~~70.~~75. Chase made material misstatements of fact to Jonny~~, to wit:~~ through text message and audio communication in the last week of May 2024 through the first week of July 2024, to wit:

Formatted: Indent: Hanging: 0.57", Right: 0.02", Space After: 14.8 pt, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 73 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

[1] *See* https://fortune.com/2025/10/23/here-are-the-4-pillars-of-trumps-growing-crypto-empire-and-the-key-peoplerunning-the-show/; https://www.theblock.co/post/348917/trump-family-now-controls-at-least-60-stake-over-worldliberty-financial-through-new-holding-company-reuters

Formatted: Right: 0", Line spacing: Multiple 1.08 li

(i) **Dough Finance's liquidity** (that it had millions of dollars worth of ETH in reserves and millions of U.S. Dollars in "available liquidity;"

(ii) **Dough Finance's security** (that any cryptocurrency transacted in the Dough Finance marketplace was 100% secure because it was stored on the blockchain); and

(iii) **Jonny's investment liquidity** (that any cryptocurrency stored by Jonny using Dough Finance was 100% liquid, at any time).

71.76. In furtherance thereof, in the last week of May 2024 through the first week of July 2024, Chase claimed to Jonny that a key feature of Dough Finance was that it was "guaranteed" to have liquidity and that —blockchain-based smart contract technology and programming ensured that Jonny's money was "100% secure".

77. In furtherance thereofMore specifically, in the last week of May 2024 through the first week of July 2024, Chase negligently over-misrepresented the amount of Dough Finance's liquiditywhen he reasonably should have known the real amount.

78. Further, in the last week of May 2024 through the first week of July 2024, Chase advised Jonny how to "loop"that his ETHmoney was secure as it was "all on the chain[.]"

72.79. Chase also represented in the last week of May 2024 through the first week of July 2024 that his money was safely liquid and how to navigatethus easily retrievable as he could simply keep looping it through Dough Finance to ensure the best financial outcome.

Formatted: Right: 0.02", Numbered + Level: 2 + Numbering Style: i, ii, iii, … + Start at: 1 + Alignment: Left + Aligned at: 1.5" + Indent at: 1.5"

Formatted: Indent: Hanging: 0.57", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 73 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

Formatted: Indent: Hanging: 0.57", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 73 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

80. Chase either knew or reasonablyLastly, in the last week of May 2024 through the first week of July 2024, Chase stated to Jonny over the phone that "**there is liquidity at any time, anywhere, always, because the money is on the chain with escrow. . . The money is locked on the chain where only you can get it out.**"

81. Chase intentionally and specifically over-represented to Jonny the amount of liquid assets on *Dough Finance*.

82. Chase intentionally lied by informing Jonny that his money was secure as it was "all on the chain[.]"

83. Chase intentionally misrepresented that Jonny's money was safely liquid and thus easily retrievable as he could simply keep looping it through Dough Finance to ensure the best financial outcome.

84. Jonny reasonably relied upon Chase's misrepresentations and advice:

a. Jonny relied on Chase's representation that Dough Finance had hundreds of millions (if not billions) of dollars of liquidity supporting the platform in making his decision to invest because, absent liquidity, Jonny did not have confidence in the long term viability of the Dough Finance platform;

b. Jonny relied on Chase's representation that Jonny's investment would be "locked on the chain where only you can get it out" in making his decision to invest because, absent security, Jonny did not have confidence that he would be able to safely retrieve his investment;

c. Jonny relied on Chase's representation that Jonny's investment would be liquid "at any time, anywhere" in making his decision to invest because, absent the ability to liquidate his investment at any time, Jonny would not have made such a large investment

85. Chase's statements were misleading to Jonny:

a. The hundreds of millions of dollars were not *on Dough Finance*, they were on the *entire Etherium blockchain*;

b. Jonny's investment was not "locked on the chain" Jonny's investment was not secure; the "flash loan" attack was avoidable (and in fact orchestrated by Chase);

c. Jonny's investment was not retrievable "at any time, anywhere" because, as stated above, the *Dough Finance* platform did not have liquid assets in reserve to survive a "flash loan" attack.

~~73.~~86. Chase should have known that his representations, recommendations, advice and instructions were improper, inaccurate, or wrong.

**Formatted:** Indent: Hanging: 0.57", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 73 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

~~74.~~87. Chase either knew or reasonably should have known that his ~~failures~~failure to disclose material information to Jonny was improper and wrong and would mislead Chase.

~~75.~~88. As the founder of Dough Finance, Chase owed Jonny a duty to correctly state all facts regarding Dough Finance.

76.89. Regardless of privity, Jonny was a foreseeable person for whom the information about Dough Finance was intended, either directly or indirectly, and thus a duty was owed by Chase to Jonny directly.

Chase to Jonny directly.

90. Jonny reasonably relied upon Chase held himself out to Jonny as competent and knowledgeable about Dough Finance, "looping" and the risk (or lack thereof) associated with Jonny's investment.

91. Chase's misrepresentations and representations were done not only as the founder of Dough Finance, but as a person with superior knowledge about the product than Jonny.

77.92. But for Chase's advice., Jonny would not know about Dough Finance and would not have invested onto the Dough Finance platform in the amount and manner with which he did.

**Formatted:** Indent: Hanging: 0.57", Right: 0.02", Space After: 0 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 73 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

93. Chase's negligent and grossly negligent misrepresentations were a , and the "flash loan" attack that was orchestrated directly by Chase, were the proximate causecauses of the Jonny's damages.

78. In reasonable reliance on Chase's advice regarding Dough Finance,

94. Jonny: (1) paid substantial sums to participate in Dough Finance; (2) paid substantial fees to the Dough Finance (and, presumably, to Chase); (3) lost his entire investment; and (4) missed the opportunity to hold or invest the ETH (which has risen in value since Jonny's loss).

**Formatted:** Indent: Hanging: 0.57", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 73 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

**WHEREFORE**, Plaintiff respectfully requests judgment in his favor and against Defendant, for actual, consequential and incidental damages; disgorgement; pre- and postjudgment interest at the highest legal rate allowed by law; attorneys' fees and costs; punitive damages to be determined at trial; and such other and further relief which the Court deems just and proper.

## COUNT II: BREACH OF FIDUCIARY DUTY

79. 95. Plaintiff repeats and realleges the allegations contained in paragraph 1 through 67 72 as if fully set forth herein.

Formatted: Heading 1, Right: 0.13"

Formatted: Right: 0", Space After: 0 pt, No bullets or numbering, Tab stops: 0.6", Centered + 6.51", Right

Formatted: Indent: Left: 0.58", Right: 0.02", Space After: 14.5 pt

96. Chase, as the founder of Dough Finance, the receiver of moneys invested on Dough Finance, and the person who walked Jonny through (in direct communication) how to use Dough Finance, Chase became Jonny's fiduciary.

80. 97. As a result, Jonny placed his trust and confidence in Chase.

Formatted: Indent: Hanging: 0.5", Right: 0.02", Space After: 14.85 pt, Line spacing: Multiple 1.08 li, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 96 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

81. 98. Chase had influence and superiority over Jonny and his investment on Dough Finance.

Finance.

82. Thus, Chase owed Jonny the duties of honesty, loyalty, care, and compliance with

99. the applicable securities laws.

100. Chase breached his fiduciary duties of honesty, loyalty, care, and compliance with the applicable securities laws when he siphoned all crypto assets from Dough Finance, including Jonny's, in a purported "flash loan" attack and utilized said assets to fund a new exchange.

Formatted: Indent: Hanging: 0.5", Right: 0.02", Space After: 0 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 96 + Alignment: Left + Aligned at: 0.99" + Indent at: 0.99"

Case 1:25-cv-20405-JB Document 1 Entered on FLSD Docket 01/27/2025 Page 25 of 34

~~83.~~101. As a proximate cause of the foregoing, Jonny has been injured in an actual amount to be proven at trial.

~~84.~~102. In reasonable reliance on Chase's advice regarding Dough Finance, Jonny: (1) paid substantial sums to participate in Dough Finance; (2) paid substantial fees to the Dough Finance (and, presumably, to Chase); (3) lost his entire investment; and (4) missed the opportunity to hold or invest the ETH (which has risen in value since Jonny's loss).

~~85.~~103. As a result of Chase's breach of fiduciary duties, Chase should be required to disgorge all payments received from Jonny in connection to Dough Finance.

**WHEREFORE**, Plaintiff respectfully requests judgment in his favor and against Defendant, for actual, consequential and incidental damages; disgorgement; pre- and postjudgment interest at the highest legal rate allowed by law; attorneys' fees and costs; punitive damages to be determined at trial; and such other and further relief which the Court deems just and proper.

# COUNT III: FRAUD

~~86.~~ Plaintiff repeats and realleges the allegations contained in paragraph 1 through ~~67~~

104. 72 as if fully set forth herein.

105. In order to induce Jonny's ~~participatation~~participation in Dough Finance and pay substantial fees and other monies to Dough Finance and Chase, Chase directly and

Formatted: Heading 1, Right: 0.13"

Formatted: Indent: Hanging: 0.57", Right: 0.02", Space After: 0 pt, Line spacing: single, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 104 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

indirectly, through himself and others, made numerous knowingly false affirmative

87. misrepresentations and intentional omissions of material fact to Jonny, as set forth above and the following:

Formatted: Indent: Left: 0.58", Right: 0.02", No bullets or numbering

(iv) **Dough Finance's liquidity** (that it had millions of dollars worth of ETH in reserves and millions of U.S. Dollars in "available liquidity;"

Formatted: Right: 0.02", Numbered + Level: 2 + Numbering Style: i, ii, iii, … + Start at: 4 + Alignment: Left + Aligned at: 1.5" + Indent at: 1.5"

(v) **Dough Finance's security** (that any cryptocurrency transacted in the Dough Finance marketplace was 100% secure because it was stored on the blockchain); and

(vi) **Jonny's investment liquidity** (that any cryptocurrency stored by Jonny using Dough Finance was 100% liquid, at any time).

88.106. In furtherance thereof, Chase claimed to Jonny that a key feature of Dough Finance was that it was "guaranteed" to have liquidity and that blockchain-based smart contract technology and programming ensured that Jonny's money was "100% secure".

Formatted: Indent: Hanging: 0.57", Right: 0.02", Space After: 14.75 pt, Line spacing: Multiple 1.08 li, Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 104 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

In furtherance thereof, Finance was that it was "guaranteed" to have liquidity and that blockchain-based smart contract technology and programming ensured that Jonny's money was "100% secure."

107. Chase advised intentionally and specifically over-represented to Jonny how to "loop" the amount of liquid assets on *Dough Finance.*

108. Chase intentionally lied by informing Jonny that his ETH and how to navigate money was secure as it was "all on the chain[.]"

89.109. Chase intentionally misrepresented that Jonny's money was safely liquid and thus easily retrievable as he could simply keep looping it through Dough Finance to ensure the best financial outcome.

110. The above affirmative misrepresentations and/or intentional omissions of material fact made by Defendants were false when made, and the Defendants knew these representations to be false when made with the intention that Jonny would rely upon them participate in Dough Finance, pay substantial funds to participate in Dough Finance, and pay substantial fees to the Chase and his co-operators.Chase stated to Jonny over the phone that "**there is liquidity at any time, anywhere, always, because the money is on the chain with escrow. . . The money is locked on the chain where only you can get it out.**"

90.111. Chase made the foregoing statements with the expectation and desire that Jonny would rely on them.

91.112. In reasonable reliance on the false affirmative misrepresentations and intentional omissions of material facts regarding Dough Finance, Jonny did in fact participate in Dough Finance and place millions of dollars on the platform, paid substantial sums to participate in the Dough Finance, paid substantial fees to Chase and others, and lost his money altogether.

113. Chase courted Jonny as a V.I.P., a "whale" with liquid assets, ready to invest, that Chase could "dupe" into putting millions of dollars onto his platform.

**Formatted:** Indent: Hanging: 0.57", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 104 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

**Formatted:** Indent: Hanging: 0.57", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 104 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

114. Chase's courtship of Jonny was a mirage; in fact, Chase was setting the stage to take Jonny's investment for himself and into Chase's next project: World Liberty Financial, for which Chase was responsible for contributing capital.

115. Rather than use *Dough Finance* as a legitimate business opportunity, Chase used it as his piggy bank to finance his capital contribution to World Liberty Financial.

116. In reality, Chase's affirmative misrepresentations of material fact made by Chase were false when made, and Chase knew these representations to be false when made with the intention that Jonny would rely upon them participate in Dough Finance, pay substantial funds to participate in Dough Finance, and ultimately be taken when Chase liquidated all of Dough Finance in purported "flash loan" attack of his own doing.

~~92.~~117. But for Chase's intentional misrepresentations and material omissions described above, Jonny would not have participated in Dough Finance, paid substantial sums to participate in Dough Finance, or paid substantial fees to Chase and others in connection with Dough Finance.

**Formatted:** Indent: Hanging: 0.57", Right: 0.02", Numbered + Level: 1 + Numbering Style: 1, 2, 3, … + Start at: 104 + Alignment: Left + Aligned at: 1.06" + Indent at: 1.06"

~~93.~~118. As a direct and proximate result of Chase's conduct set forth herein, Jonny has been damaged in an amount to be proven at trial.

damaged in an amount to be proven at trial.

**WHEREFORE**, PlaintiffsPlaintiff respectfully requestrequests judgment in theirhis favor and against Defendants, for actual, consequential and incidental damages; disgorgement; pre- and postjudgment interest at the highest legal rate allowed by law; attorneys' fees and costs; punitive damages to be determined at trial; and such other and further relief which the Court deems just and proper.

**COUNT IV: VIOLATION OF**

**FLORIDA SECURITIES AND INVESTOR PROTECTION ACT**

94. Plaintiffs repeats and realleges the allegations contained in paragraph 1 through 67 as if fully set forth herein.

95. This is an action for violation of the Florida Securities and Investor Protection Act. §§ 517.011-517.32, Fla. Stat.

96. Plaintiff's investment and other financial activity on *Dough Finance* amounted to a purchase of a security interest within the definition contained in Section 517.021, Fla. Stat.

97. Through Dough Finance's public website, social media channels, and direct communications, Chase solicited Jonny deposit crypto assets into and borrow crypto assets from and on the Dough Finance platform.

98. Chase promoted Dough Finance by touting its purported security and "guaranteed" liquidity.

99. Based on the facts set forth above, an investor's purchase of an interest in these opportunities – which occurred by the investor depositing money, in the form of crypto assets, into the Dough Finance platform with a guarantee of security and return – constituted the offer and sale of investment contracts and thus securities.

100. Jonny (like other innocent investors on Dough Finance) tendered money, in the

Pardo Law PLLC · 1205 Lincoln Road · Suite 211 · Miami Beach, Florida 33139

form of crypto assets, to the Dough Finance platform to participate in the "pools" of investors whose crypto assets were then combined by smart contracts and made available for borrowing or "looping."

101. Users who borrowed crypto assets paid interest to the pools they borrowed from.

102. A portion of those interest payments, in turn, constituted the returns that were paid to pool investors who had deposited their crypto assets in the pools, while another portion of the interest payments was earned by the Dough Finance protocol in the form of a commission or fee.

103. The returns earned by Dough Finance pool investors arose from the activities of the pools, which were facilitated by the smart contracts, in lending the crypto assets and receiving interest from that lending activity.

104. In this way, each pool investor's fortunes were tied to the fortunes of the pool's other investors.

105. Through Chase's public statements and the economic structure of Dough Finance, Chase invited Jonny to be a Dough Finance investor who would reasonably expect that he would earn profits derived from Chase's efforts (operating Dough Finance).

106. In connection with the offer and sale of the security interest, Defendant made untrue statements to obtain money and property from Plaintiff.

107. In connection with the offer and sale of the security interest, Defendant omitted material facts necessary for Plaintiff to property consider the security transaction, and in doing so obtained money and property from Plaintiff.

108. In connection with the offer and sale of the security interest, Defendant engaged in a course of conducted which operated as a fraud and/or deceit upon Plaintiff, and in doing so obtained money and property from Plaintiff.

109. In connection with the offer and sale of the security interest, Chase acted as an unregistered broker.

110. Dough Finance was offered to Jonny and sold as an investment, and Chase made use of various means and instrumentalities of interstate commerce to offer and sell an interest in the profits from Dough Finance.

111. Chase never filed a registration statement with the SEC for Dough Finance's sale of securities. No exemption from registration applied.

112. Chase personally benefited from Jonny's investment, including without limitation the 5% fee charged on Jonny's deposit of funds.

113. Through its misconduct, Defendant committed numerous violations of Seciton 517.301(1), Fla. Stat.

114. Plaintiff is entitled to the remedies contained within Sections 517.211 and 517.241(3), Florida Statutes.

115. Pursuant to Section 517.211(6), Florida Statutes, Plaintiff is entitled to recovery from Defendant the reasonable amount of Plaintiff's attorneys' fees and costs.

**WHEREFORE**, Plaintiffs respectfully request judgment in their favor and against Defendants, for actual, consequential and incidental damages; disgorgement; pre- and postjudgment interest at the highest legal rate allowed by law; attorneys' fees and costs; punitive damages to be determined at trial; and such other and further relief which the Court deems just and proper.

**Formatted:** Indent: Left: 0", First line: 0.5", Right: 0.02"

Case 1:25-cv-20405-JB Document 1 Entered on FLSD Docket 01/27/2025 Page 32 of 34

# JURY TRIAL DEMANDED

Plaintiffs demand a jury trial on all issues so triable.

Dated: ~~January 27~~December 12, 2025

Respectfully submitted,

**PARDO LAW PLLC**
1205 Lincoln Road, Suite 211
Miami Beach, Florida 33139
Telephone: (305) 308-7388
Email: joe@pardolawmiami.com

By: */s/ Joseph I. Pardo, Esq.*
Joseph I. Pardo, Esquire
Florida Bar No. 1003339

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 12, 2025, a true and correct copy of the foregoing was filed with the Court using the CM/ECF system, which will provide notice by email to all counsel of record.

*/s/ Joseph I. Pardo*

Formatted: Heading 1, Right: 0.01", Space After: 0 pt

Formatted: Indent: Left: 0.18", Right: 0.19", Space After: 14.45 pt

Formatted: Indent: Left: 0", Right: 0.02", Space After: 0 pt

Formatted: Indent: Left: 0.18", Right: 0.1", Space After: 14.45 pt

Formatted: Indent: Left: -0.01", Space After: 0.15 pt, Tab stops: 3.24", Centered + Not at 3.26"

Formatted: Indent: Left: 0"

Formatted: Space After: 0.3 pt

Formatted: Indent: Left: 0"

Formatted: Indent: Left: 0", Space After: 30.3 pt

Formatted: Font: 12 pt, Italic, Underline

Formatted: Indent: Left: -0.17", Right: -0.15", Space : 0 pt

## VERIFICATION

Under penalty of perjury, I declare that I have read the foregoing Verified Complaint and the facts alleged therein are true and correct to the best of my knowledge and belief.

By: ______________________________
Name: Jonathan Lopez



Formatted: Centered, Right: 0.01", Space After: 0 pt

Case 1:25-cv-20405-JB Document 42 Entered on FLSD Docket 12/12/2025 Page 34 of 34

Formatted: Indent: Left: -0.17", Right: -0.15", Space After: 0 pt

Joseph I. Pardo, Esquire

Formatted: Centered, Indent: Left: 1.28", Right: 0", Space After: 14.45 pt

Formatted: Centered, Right: 0.01", Space After: 0 pt