**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:25-cv-20405-JB**

JONATHAN LOPEZ

       Plaintiff,

v.

CHASE HERRO, a/k/a CHASE HERO

       Defendant.

_____ /

**PLAINTIFF'S NOTICE OF**
**VOLUNTARY DISMISSAL *WITHOUT PREJUDICE***

Plaintiff JONATHAN LOPEZ ("Plaintiff"), by and through undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby gives notice of voluntarily dismissing this action ***without prejudice.***

Plaintiff, a Florida resident, just recently discovered that Defendant, Chase Herro ("Defendant") is domiciled in Florida – which defeats the Court's diversity jurisdiction.  *See* Fed. R. Civ. P. § 1332(a).   Plaintiff has cause to believe that the Court no longer has subject matter jurisdiction over this action because Defendant's same legal counsel, Neiman Mays Floch & Almeida PLLC, has filed a State Court action on Defendant's behalf which alleges, in pertinent part, that Mr. Herro resides in Boca Raton, Florida.  *See* Notice, Ex. A. (*Chase Herro v. Mario Biundo et al.*, Case No. 2026-CA-0001450-XXXAMB (Fla. 15th Jud. Ct. Jan. 6, 2026) (Complaint) at ¶ 4.

Accordingly: Plaintiff respectfully requests that the Court enter an ***Order of Dismissal Without Prejudice***.

Pardo Law PLLC · 1205 Lincoln Road · Suite 211 · Miami Beach, Florida  33139

Respectfully submitted,

**PARDO LAW PLLC**

By: */s/ Joseph I. Pardo, Esq.*
Joseph I. Pardo, Esquire
Florida Bar No. 1003339

1205 Lincoln Road, Suite 211
Miami Beach, Florida 33139
Telephone: (305) 684-6320
Email: joe@pardolawmiami.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 28th day of January, 2026, a copy of the foregoing

was filed electronically by using the CM/ECF system, and that notification of this filing is to be

provided to all counsel of record who have registered to receive notices from the court under the

CM/ECF system.

By: */s/ Joseph I. Pardo,*