# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 25-cv-20405-JB

JONATHAN LOPEZ

      Plaintiff,

v.

CHASE HERRO, a/k/a CHASE HERO

      Defendant.

_____ /

## AMENDED ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal (the "Notice"), ECF No. [55], in which Plaintiff dismisses this action with prejudice.  Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITHOUT PREJUDICE**.  The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 29th day of January, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**